## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEFON MORANT** | **CIV ACTION NO.: 3:22-CV-00630-SVN** |
| **Plaintiff,** | |
| v. | |
| **CITY OF NEW HAVEN,** *ET AL* | **OCTOBER 10, 2025** |
| **Defendants.** | |

## **DEFENDANT MICHAEL SWEENEY'S MOTION FOR RECONSIDERATION**

The undersigned Defendant, Michael Sweeney, pursuant to D. Conn. Local Rule of Civil Procedure 7(c), hereby moves this Court to reconsider its Order (Doc. 210) granting the Partial Motion for Summary Judgment (Doc. 73) filed against Sweeney by the Plaintiff, Stefon Morant.

In support thereof, Sweeney maintains that in analyzing the Plaintiff's motion, this Court failed to construe the facts and evidence submitted in the light most favorable to the non-moving party, Sweeney, and failed to draw all reasonable inferences against the moving party, the Plaintiff. In doing so, Sweeney asserts that this Court overlooked the Connecticut Superior Court and Connecticut Appellate Court decisions examining the Plaintiff's claim and concluding that his allegations did not meet the standard to assert a violation of his constitutional rights under *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963). In particular, any conclusions of law or fact regarding the materiality element should be left to the trier of fact.

THE DEFENDANT,
MICHAEL SWEENEY

By:   /s/ ct31590
Michael T. Ryan, Esq.(ct05685)
Ryan V. Nobile, Esq.(ct31590)
Ryan Ryan Deluca LLP
1000 Lafayette Blvd., Suite 800
Bridgeport, CT 06604
Phone: 203-549-6650
mtryan@ryandelucalaw.com
rvnobile@ryandelucalaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on October 10, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ ct31590
Ryan V. Nobile, Esq.(ct31590)

Document1
6532.002