**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date _____ April 17, 2026 _____

_____ Morant _____

Vs.

_____ New Haven et al _____

BKY Appellant_____

BKY Appellee_____

BKY case # _____

Start Time 10:01am   End Time 5:06pm

Recess (if more than ½ hr) 12:34pm to 1:07pm

Total Time 6 hour(s) 32 minute(s)

Case # 3:22-cv-00630-SVN

Honorable Judge Sarala V. Nagala

Deputy Clerk S. Denault

Counsel for Pla(s) A. Hoffman, N. Brustin, G. Paras, E. Mota, et al.

Counsel for Dft(s) T. Gerarde, J. Tallberg, M. Ryan, W. Melley, et al.

Reporter/Courtsmart Denae Hovland

Interpreter_____

Language _____

Hearing held

[✓] in person   [ ] by video   [ ] by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ■ Motion/Oral Argument 4hr | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ■ Pretrial Conference 2hr32m | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Jury Selection and Trial Logistics Discussed
Plaintiff to notify the court via email by 4/22 of which witnesses will be called the first week of trial
Motion to Dismiss to Specific Counts as to Specific Defendants to be filed by Plaintiff
Oral Argument on pending motions will be taken under advisement
Briefing regarding the full FBI report being submitted to the City of New Haven to be filed by Plaintiff's Counsel
Additional Pre -Trial Conference to be scheduled 4/27 at 3:00pm.
Exhibits to be brought 1st day of jury selection 4/28

Rev. 2/11/26