UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEFON MORANT                                      : No.:  3:22 CV 00630(SVN)
      Plaintiff                                  :
                                            :
v.                                                 :
                                            :
                                            :
CITY OF NEW HAVEN, ET AL                           :
      Defendants                                 : April 22, 2026

## DEFENDANT'S GAIL LAWLOR ADMINISTRATRIX OF THE ESTATE OF ROBERT LAWLOR PROPOSED SUBMISSION OF FACTS ROBERT LAWLOR, JR. WOULD TESTIFY TO

Attached, as Exhibit A, is the defendant Gail Lawlor Administratrix of the Estate of Robert Lawlor's proposed Stipulation of Fact, after editing in response to a request from plaintiff, for submission to the jury.  The plaintiff does not agree to:

Item 3: "the youngest of five children to a single mother."

Item 5: "He was awarded a Purple Heart for his service."

Item 8: Entire item.

DEFENDANTS GAIL LAWLOR ADMINISTRATRIX
OF THE ESTATE OF ROBERT LAWLOR,

/s/William J. Melley III
William J. Melley III
Federal Bar No. ct06355
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933/fax:  (860) 247-9944
Email:  wjmelley@wjmelley.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEFON MORANT                 :   No.:  3:22 CV 00630(SVN)
       Plaintiff                  :
                                :
   v.                             :
                                :
CITY OF NEW HAVEN, ET AL     :
       Defendants            :   April 22, 2026

## CERTIFICATE OF SERVICE

       I hereby certify that on April 22, 2026 a copy of the foregoing Proposed Stipulation of Facts was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/William J. Melley III
William J. Melley III
Federal Bar No. CT 06355
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933/fax:  (860) 247-9944
Email:  wjmelley@wjmelley.com