# Exhibit A

**Aug 27 1984**

Harris: Det. Datillo takes witness statement against Leroy Harris

**Mid 1980s**

Det. Raucci attempts to plant what Raucci said was cocaine on a criminal suspect in the presence of Det. Pettola and his partner, neither of whom reported the incident.

1980-1990



AG GG EH LH VH SM JF MS DV
RT MJ

**May 10 1990**

Streater: Det. Greene gets statement from Carole Cheek against Maceo Streater

MAY 1990 | JUN 1990 | JUL 1990 | AUG 1990 | SEP 1990 | OCT 1990 | NOV 1990

**Jul 17 1990**

Harris: Appellate court remarks that witnesses testified about coercion by police.
_x000B_*State v. Harris*, 22 Conn. App. 329 (1990)

**Oct 11 1990**

Ricardo Turner and Lamont Fields are killed



## JAN 1991

**Jan 14 1991**

Ruiz Statement #1: Det. Raucci obtains statement from 16 year old implicating Morant and Lewis.

**Jan 15 1991**

Roque Statement: Det. Raucci and Det. Maher obtain statement from 16 year old implicating Morant and Lewis. Tape is stopped and started.

**Jan 15 1991**

Sgt. Sweeney tells Sgt. Lawlor about Det. Raucci's misconduct. Neither Sgt. Sweeney nor Sgt. Lawlor write report about Det. Raucci's conduct during Ruiz Statement #1.

**Jan 16 1991**

Morant Statement: Det. Raucci and Det. Maher obtain statement from Morant implicating Lewis. Tape is stopped, started, and rewound.

**Jan 21 1991**

Ham: Witnesses to shooting tell Det. Greene shooter was 5'8" and stocky, standing near a fence before the shooting. Sgt. Sweeney supervising.

## FEB 1991

**Feb 2 1991**

Hector Ortiz Statement: Det. Raucci obtains statement from 28 year old implicating Morant and Lewis. Tape is stopped, started, and rewound.

**Feb 6 1991**

Ham: Witnesses tell Det. Greene the shooter was 5'5" with dark complexion

**Feb 6 1991**

Ham: Witness Linwood Cypress tells Det. Greene shooter was likely the same person who tried to rob him earlier.

**Feb 12 1991**

Ham: Det. Greene obtains new statement from Cypress, this time implicating Eric Ham.

**Feb 12 1991**

Ham: Det. Greene obtains statement against Ham from teenager. Statement does not match other witnesses' descriptions.

**Feb 13 1991**

Ham: Det. Greene files arrest warrant affidavit relying on two witness statements and omitting information from eye-witnesses that is inconsistent with Ham as suspect, including that Ham is about 6'3".



**Mar 23 1991**
Det. Raucci reports that Morant and witnesses gave statements voluntarily.

**Mar 27 1991**
Det. Maher authors report excluding Michael Cardwell, aka "Bullet."

**Apr 12 1991**
Police file arrest warrant affidavit against Lewis relying on fabricated statements.

**Mid-April 1991**
Sgt. Sweeney again reports Det. Raucci's conduct during Turner/Fields homicide investigation to Sgt. Lawlor. Neither Sgt. Sweeney nor Sgt. Lawlor write a report.

MAR 1991

APR 1991

**Apr 1 1991**
Ham: State prosecutor criticizes detectives for hiding exculpatory information pointing away from Ham.

**Apr 19 1991**
Golino: Front-page coverage of district court decision noting numerous omissions and falsehoods in Golino arrest warrant affidavit.



AG GG RT EH LH VH MJ SM JF MS DV

MAY 1991

**May 10 1991**
Fleming: Detectives obtain statement from 17 year old against James Fleming

**May 16 1991**
Fleming: Police file arrest warrant affidavit against Fleming relying almost entirely on teen's statement.

**May 28 1991**
Ruiz Statement #2: Det. Raucci obtains a second statement from 16 year old implicating Morant and Lewis. Second statement tells different story from first statement

**May 30 1991**
Morant refuses to testify against Lewis.

JUN 1991

**Jun 20 1991**
Fleming: Teen witness testifies that detectives coerced his statement against Fleming.



**Oct 10 1991**
Valentine: Coleman refuses to sign her statement.

**Oct 11 1991**
Valentine: Det. Greene files arrest warrant affidavit against Valentine that included Higgins and Coleman witness statements.

**Dec 3 1991**
Golino: Federal appeals court highlights DiLullo's admissions that t was his general practice to omit exculpatory information from affidavits submitted in support of applications for warrants.

SEP 1991 | OCT 1991 | NOV 1991 | DEC 1991 | JAN 1992

**Sep 28 1991**
Valentine: Det. Greene obtains statement from Regina Coleman implicating Valentine.

**Sep 26 1991**
Valentine: Dets. DiLullo and Greene obtain statement from Kristina Higgins implicating Daryl Valentine.

**Sep 22 1991**
Valentine: Witness Regina Coleman tells Det. Greene she was not at the shooting.



AG GG RT EH LH VH MJ SM JF MS DV



**Feb 4 1992**

Martinez Statement: Det. Raucci obtains a statement from 16 year old implicating Morant and Lewis.

**Feb 26 1992**

Police file arrest warrant affidavit against Morant .relying on Ruiz, Roque, and Morant statements.

| FEB 1992 | MAR 1992 | APR 1992 | MAY 1992 | JUN 1992 | JUL 1992 |
|---|---|---|---|---|---|

**May 20 1992**

Fleming: News story that witness's statement "was a fabrication concocted to appease his police interrogators."

**May 20 1992**

Front-page news story about witness's testimony that he was pressured by detectives.

**May 19 1992**

Fleming: Witness testifies that police coerced his statement with threats.



**Jul 29 1993**
Gould/Taylor: Det. Sullivan and others obtain statement from vulnerable witness with heroin addiction.

**Apr 12 1994**
Valentine: Kristina Higgins testifies that Det. Greene coerced her into implicating Valentine.

**May 31 1994**
Roque testifies at Morant's criminal trial that Dets. Maher and Raucci stopped and started the tape while he gave his statement.

**Jun 8 1994**
Morant is convicted of two counts of felony-murder.

1993

1994



AG GG RT EH LH VH MJ SM JF MS DV

**May 10 1995**
Scott Lewis is convicted of two counts of murder and two counts of felony-murder.

**May 27 1995**
Det. Raucci keeps inaccurate time records.

**Jul 10 1995**
Chief Pastore alone visits Lewis in jail, interviews him, and decides to take no further action.

1995

**Jan 26 1995**
Streater: Court decision noting witnesses who testified about being coerced by Dets. DiLullo and Greene.



**Dec 2 1995**
Det. Raucci hits a man with the butt of a gun.

**Feb 22 1996**
Witness Ruiz tells FBI that police fabricated his statement against Morant and Lewis.

**Mar 1 1996**
Ham: Jury finds Sgt. Sweeney and Det. Greene maliciously prosecuted Eric Ham.

**Apr 15 1996**
Second witness tells FBI detectives fabricated his statement against Morant and Lewis.

**May 10 1996**
Det. Raucci punches a man and is arrested for disorderly conduct.

**Jun 13 1996**
Det. Raucci granted disability retirement.

**September 1996**
FBI attempts sting operation with Raucci. NHPD objects, Raucci tipped off.

**Jan 24 1997**
FBI issues report of its investigation concerning Det. Raucci.

1996 1997



AG GG EH LH VH SM JF MS DV
RT MJ

**Jan 26 1999**

Horn/Jackson: Marcus Pearson tells Det. Breland he knows nothing about shooting.

**Mar 12 1999**

Horn/Jackson: Police file arrest warrant affidavit against Horn that omits mention of Pearson's initial statement.

1999



AG GG RT EH LH VH MJ SM JF MS DV

**Dec 16 2013**
District Court overturns Lewis's convictions.

**May 14 2015**
Federal appeals court upholds district court decision to overturn Lewis's convictions.

**Jun 17 2015**
Stefon Morant is released from prison.

**Oct 3 2009**
Gould/Taylor: Stiles testifies that officers coerced her statement at habeas hearing.

2010-2020

**May 2 2018**
Horn/Jackson: Marquis Jackson's conviction is vacated.

**Apr 25 2018**
Horn/Jackson: Vernon Horn's conviction is vacated.



AG GG RT EH LH VH MJ SM JF MS DV

**Jul 7 2021**
Stefon Morant is fully pardoned.

**Apr 6 2022**
Streater: Maceo Streater is fully pardoned.

**May 13 2022**
Valentine: Daryl Valentine's sentence is commuted.

**Jul 26 2022**
Harris: Leroy Harris is fully pardoned.

2020-2030

**Oct 10 2024**
Gould/Taylor: Taylor's conviction is vacated.

**Feb 1 2024**
Gould/Taylor: Gould's conviction is vacated.

