**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| STEFON MORANT,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF NEW HAVEN, et. al.,<br><br>      Defendants. | Civil Action No. 3:22-cv-00630 (SVN) |

**NOTICE REGARDING INSTRUCTION FOR THE READ-IN OF MS. ROSE DELL'S**
**DESIGNATIED DEPOSITION TESTIMONY**

Plaintiff's counsel and counsel for the City of New Haven agree that the following

instruction be read to the jury prior to the read-in testimony of the designations of Ms. Rose Dell's

January 17, 2024 deposition, where she testified as the designee of the City of New Haven pursuant

to Federal Rule of Civil Procedure 30(b)(6):

> Plaintiff will introduce the testimony of Rose Dell from her January 17, 2024
> deposition in this case. Ms. Dell was designated by the City of New Haven to testify
> as its representative. You should consider her testimony to be the testimony of the
> City.

Plaintiff respectfully requests that the Court read the above instruction to the jury prior to

the reading of Ms. Dell's deposition testimony.

Dated: May 13, 2026

                                         Respectfully Submitted,

                                         */s/ Grace Paras*
                                         Nick Brustin, phv08609
                                         Anna Benvenutti Hoffmann,
                                         phv208203
                                         Emma Freudenberger, phv08602
                                         Amelia Green, phv208992
                                         Elsa Mota, phv208184
                                         Grace Paras, phv208762
                                         Katie Cion, phv20899

1

Neufeld Scheck Brustin
Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Tel: (212) 965-9081
Fax: (212) 965-9084
anna@nsbhf.com
nick@nsbhf.com
emma@nsbhf.com
amelia@nsbhf.com
elsa@nsbhf.com
grace@nsbhf.com
kcion@nsbhf.com

Kenneth Rosenthal, ct05944
Law Office of Kenneth Rosenthal
One Audubon Street, 3d Fl.
New Haven, CT 06511
(203) 915-4235
krosenthal@gs-lawfirm.com

*Attorneys for Plaintiff Stefon Morant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/* Grace Paras
Counsel for Plaintiff