**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 4**

You may not consider pages 9 through 11 of this exhibit for the truth of any matters asserted within them.  You may consider pages 9 through 11 of this exhibit only for the purpose of whether the New Haven Police Department was on notice of the matters within them.

You may consider page 52 of this exhibit only for Mr. Morant's Monell claim against the City of New Haven (Count Seven), and not for his other claims against the City of New Haven or his claims against any individual Defendant.

Further, you may not consider page 52 of this exhibit for the truth of any matters asserted within it.  You may only consider page 52 of this exhibit for the fact that the author of the memo, Sgt. Lanza, reported the information in the memo.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 14

You may consider Exhibit 14 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Additionally, you may consider Exhibit 14 for what the New Haven Police Department reported at the time, but not for the truth of the witness's account contained within this exhibit.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 15

You may consider the entirety of Exhibit 15 only for the fact that the jury at Mr. Morant's 1994 criminal trial heard these statements, except as provided below.

You may consider the following portions of Exhibit 15 for the truth of the statements within these portions:

- Pages 619–666 (Jose Roque's trial testimony).

- Pages 681–833 (Ovil Ruiz a/k/a Augustin Castro's trial testimony).

- Pages 935–953 (Albertha Linnen's trial testimony).

- Pages 1022–1032 (Eunice Pickett Johnson's trial testimony).

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 28

You may consider Exhibit 28 for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and for Mr. Morant's *Brady* claim against Mr. Sweeney (Count Three), and not for any other claims, including his claims against any other individual Defendant.

In considering Exhibit 28, you may consider the exhibit for the fact that the statements were made in the arrest warrant affidavit, but not for the truth of any statements contained therein.

In considering Exhibit 28 specifically for Mr. Morant's *Brady* claim against Mr. Sweeney, you may not use the evidence for the purpose of proving Mr. Sweeney's character, in order to show that in Mr. Morant's case, Mr. Sweeney acted in accordance with that character. You may, however, consider the evidence as against Mr. Sweeney for purposes of proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 39

You may consider Exhibit 39 for the fact that these statements were made to the FBI , but not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 42

You may consider Exhibit 42 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Additionally, you may consider Exhibit 42 for the fact that these statements were made and existed in the New Haven Police Department's files, but not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 43

You may consider Exhibit 43 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

You may consider Exhibit 43 for the fact that this statement was made and existed in the New Haven Police Department's files, but not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45A**

You may consider Exhibit 45A only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

You may consider Exhibit 45A for the fact of what was reported to the FBI, but not for the truth of any statements therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45B

You may consider Exhibit 45B only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

You may consider Exhibit 45B only for the fact of what had been reported to the FBI, not the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEFON MORANT, | )    3:22-CV-630 (SVN) |
|     *Plaintiff*, | ) |
| | ) |
|     v. | ) |
| | ) |
| CITY OF NEW HAVEN et al., | ) |
|     *Defendants*. | )    May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45C

You may consider Exhibit 45C only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

The Court has provided a color-coded version of Exhibit 45C, for ease of reference. You may consider the text highlighted in green in this exhibit for its truth. As you may consider the entirety of Exhibit 45C for the truth of the statements therein, all text of this exhibit is highlighted in green.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45D**

You may consider Exhibit 45D only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

The Court has provided a color-coded version of Exhibit 45D, for ease of reference. You may consider the sentences highlighted in green in this exhibit for their truth. Any text not highlighted in green this exhibit may not be considered for you for the truth of any matter asserted in the text. For instance, statements of "sources" relayed in this document may not be considered by you for their truth, but may be considered for the fact that the FBI learned information about Defendant Raucci from these sources.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45E**

You may consider Exhibit 45E only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

The Court has provided a color-coded version of Exhibit 45E, for ease of reference. You may consider the text highlighted in green for its truth. Any text not highlighted in green may not be considered for you for its truth, but rather for the fact that Mr. Lewis reported the information contained therein to the FBI.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45F**

You may consider Exhibit 45F only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

The Court has provided a color-coded version of Exhibit 45F, for ease of reference. You may consider the text highlighted in green in this exhibit for its truth. As you may consider the entirety of Exhibit 45F for the truth of the statements therein, all text of this exhibit is highlighted in green.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45G**

You may consider Exhibit 45G only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

The Court has provided a color-coded version of Exhibit 45G, for ease of reference. You may consider the text highlighted in green in this exhibit for its truth. As you may consider the entirety of Exhibit 45G for the truth of the statements therein, all text of this exhibit is highlighted in green.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45H

You may consider Exhibit 45H only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

You may consider Exhibit 45H for the fact that the FBI received information that Defendant Raucci was a drug dealer, but not for the truth of the statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 45I**

You may consider Exhibit 45I only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

The Court has provided a color-coded version of Exhibit 45I for ease of reference. You may consider the sentences highlighted in green in this exhibit for their truth. Any text not highlighted in green may not be considered by you for its truth, but rather for the fact that the FBI received the information contained in these statements as part of its investigation.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 50

You may consider Exhibit 50 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 50 only for what the New Haven Police Department reported at the time, but not for the truth of the witness's account contained within the exhibit.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 51**

You may consider Exhibit 51 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant, including Defendant Raucci.

Further, you may consider Exhibit 51 only for the fact of what the New Haven Police Department knew and how it acted, not for the truth of any of the allegations contained therein about Defendant Raucci's conduct.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 53

You may consider Exhibit 53 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant, including Defendant Raucci.

Further, you may consider Exhibit 53 only for the fact of whether the New Haven Police Department was on notice of the matters asserted therein.

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 54

You may consider Exhibit 54 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 54 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any matters contained therein

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 55**

You may consider Exhibit 55 only for Mr. Morant's Monell claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 55 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any matters contained therein.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 68

You may consider Exhibit 68 page 304 lines 20–23 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

STEFON MORANT,    )    3:22-CV-630 (SVN)
   *Plaintiff*,    )
       )
   v.    )
       )
CITY OF NEW HAVEN et al.,    )
   *Defendants*.    )    May 26, 2026

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 68A

You may consider Exhibit 68A only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 68B**

You may consider Exhibit 68B only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## <u>LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 68C</u>

You may consider Exhibit 68C only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 96

You may consider Exhibit 96 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 96 only for the fact of whether the City of New Haven was on notice of the matters contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 104**

You may consider Exhibit 104 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 104 only for the fact of whether the City of New Haven was on notice of the matters contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 119**

You may consider Exhibit 119 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 119 only for the fact of what statements were made or existed in the New Haven Police Department files at the time, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 134**

You may consider Exhibit 134 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 134 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 155**

You may consider Exhibit 155 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 155 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 156

You may consider Exhibit 156 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 156 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 157

You may consider Exhibit 157 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 157 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 158**

You may consider Exhibit 158 only for Mr. Morant's *Monell* claim against the City of New

Haven (Count Seven), and not for any other claims, including his claims against any individual

Defendant.

Further, you may consider Exhibit 158 only for the fact of what statements were made or

existed in the New Haven Police Department files, not for the truth of any statements contained

therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

### LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 159

You may consider Exhibit 159 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 159 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## <u>LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 160</u>

You may consider Exhibit 160 only for Mr. Morant's Monell claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 160 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## <u>LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 161</u>

You may consider Exhibit 161 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 161 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 163**

You may consider Exhibit 163 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 163 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

## LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 164

You may consider Exhibit 164 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 164 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 165**

You may consider Exhibit 165 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 165 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**<u>LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 166</u>**

You may consider Exhibit 166 only for Mr. Morant's *Monell* claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 166 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 173**

You may consider Exhibit 173 only for Mr. Morant's *Monell* claim against the City of New

Haven (Count Seven), and not for any other claims, including his claims against any individual

Defendant.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 180**

You may consider Exhibit 180 only for Mr. Morant's Monell claim against the City of New Haven (Count Seven), and not for any other claims, including his claims against any individual Defendant.

Further, you may consider Exhibit 180 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 26, 2026 |

**LIMITING INSTRUCTION REGARDING PLAINTIFF'S EXHIBIT 181**

You may consider Exhibit 181 only for Mr. Morant's claim against the City of New Haven, and not the claims against any other individual Defendant.

Further, you may consider Exhibit 181 only for the fact of what statements were made or existed in the New Haven Police Department files, not for the truth of any statements contained therein.