**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY/BENCH TRIAL MINUTES

Date _____ May 28, 2026 _____

Morant _____

Vs.

City of New Haven, et al. _____

Start Time_____ End Time _____

Recess (if more than ½ hr) _____ to _____

Total Time _____hour(s) _____minute(s)

Case # 3:22-cv-00630-SVN _____

Honorable Judge Sarala V. Nagala _____

Deputy Clerk S. Denault _____

Counsel for Pla(s) A. Hoffman, N. Brustin, G. Paras, K. Cion

Counsel for Dft(s) T. Gerarde, J. Tallberg, M. Ryan, W. Melley

Reporter/ECRO/Courtsmart Denae Hovland _____

Interpreter_____ Language _____

**JURY TRIAL**
☐ Jury trial begun
■ Jury of _10_ reported.  ☐ Jury sworn  ■ Jury remains under oath
☐ Juror # _____ excused
☐ Jury trial held     ☐ Jury trial continued until _____ at _____
☐ Plaintiff(s) rests  ☐ Defendant(s) rests
☐ Summations held  ☐ Court's charge to the jury
☐ All full exhibits ☐ Verdict form ☐ Interrogatories  given to jury
■ Jury  resumes   deliberations on __5/28/2026__ at __8:31AM__
☑ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
☑ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**
☐ Bench trial begun
☐ Bench trial held  ☐ Bench trial continued until _____ at _____
☐ Plaintiff (s) rests  ☐ Defendant(s) rests
☐ Bench trial concluded  ☐ DECISION RESERVED

**MOTIONS**
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ **See page 2 for Notes and/or Verdict**

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL

☐ Verdict form filed

☐ VERDICT:

|  |
|--|
|  |

☐ Court accepts verdict and orders verdict verified and recorded

☐ Jury polled

**NOTES**

| No in court matters addressed. Jury resumes deliberations only. |
|--|
|  |

Rev. 4/11/24