# UNITED STATES DISTRICT COURT

DISTRICT OF

Morant

V.

City of New Haven, et al.

## EXHIBIT LIST

Case Number: 3:22-cv-00630-SVN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sarala V. Nagala | A. Hoffman, N. Brustin, et al. | T. Gerarde, J. Tallberg, W. Melley,et al |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/29/2026-5/29/2026 | | S. Denualt |

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | 4/29/2026 | | y | Complete NHPD Turner-Fields Homicide Investigation Case File |
| | 2 | | 4/29/2026 | | y | Augustin Castro a/k/a Ovil Ruiz 2nd Statement to NHPD, May 28,1991 |
| | 11 | | 4/29/2026 | | y | Photo of Criscuolo Park |
| | 17 | | 4/29/2026 | | y | Millie Martinez Statement to NHPD, Feb. 4, 1992 |
| | 35 | | 4/29/2026 | | y | Stefon Morant Certificate of Pardon, July 7, 2021 |
| | 23 | | 4/29/2026 | | y | Francisco Ortiz Letter re Sweeney NHPD Employment History, May 20, 2003 |
| | 14 | | 4/30/2026 | | y | Stephenson Statement, Feb. 10, 1994 [Carmon] |
| | 28 | | 4/30/2026 | | y | Arrest Warrant Application, Feb 13, 1991 [Ham] |
| | 54 | | 4/30/2026 | | y | Anthony Stephenson Statement Transcript, Feb. 15, 1994 [Carmon] |
| | 55 | | 4/30/2026 | | y | Anthony Stephenson Statement Audio, Feb. 15, 1994 (AUDIO FILE) |
| | 173 | | 4/30/2026 | | y | Stephenson Report Feb. 14,1994 [Carmon] |
| | 180 | | 4/30/2026 | | y | Arrest Warrant Feb. 23, 1994 |
| | 91 | | 4/30/2026 | | p | Morant Hearing on Pet. for New Trial, M. Sweeney Testimony 10/29/1999 (pg. 16-19,43-44,60,62) |
| | 68 | | 4/30/2026 | | p | Michael Sweeney Deposition (Day 1) Transcript, January 31, 2023 (304:20-23 and 305:7-12) |
| | 68A | | 4/30/2026 | | y | Michael Sweeney Deposition (Day 1) Transcript, January 31, 2023 (VIDEO 283:3-285:12) |
| | 68B | | 4/30/2026 | | y | Michael Sweeney Deposition (Day 1) Transcript, January 31, 2023 (VIDEO 286:12-24) |
| | 68C | | 4/30/2026 | | y | Michael Sweeney Deposition (Day 1) Transcript, January 31, 2023 (VIDEO 288:10-289:9) |
| | 27 | | 4/30/2026 | | y | Gold Memo [Ham] |
| | 7 | | 4/30/2026 | | y | 1996-97 FBI Forensic Testing of Jose Roque Taped Statement |
| 1 | | 505 | 4/30/2026 | | y | 1-16-1991 Stefon Morant Statement Transcribed, NH 000379-222391, Depo Ex. Q |
| 2 | 196 | | 4/30/2026 | ID | | A-G, Physical Tapes, Demonstrative Photos,Physical Recorder, and Microcassette Recorder Photo |
| | 197 | | 4/30/2026 | ID | | Michael Sweeney Deposition from Carmen Case on Oct. 19, 2021 and Oct. 25, 1991 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Morant | vs. | City of New Haven, et al. | CASE NO. 3:22-cv-00630-SVN |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 198 | | 4/30/2026 | ID | | Michael Sweeney Testimony in Habeas Proceeding from Carmen Case on April 28, 2022 |
| | 563 | 4/30/2026 | ID | | Transcript of Brian Koenig Deposition on July 6, 2017 |
| | 501 | 5/1/2026 | | y | 1-14-91 Ovil Ruiz Statement Transcribed, NH000340-000359 |
| | 540 | 5/1/2026 | | y | 1-15-91 Waiver Signed by Morant PLTF-Morant 000458, Depo Ex. P |
| 30 | | 5/1/2026 | | y | 1993 Ovil Ruiz Presentence Investigation Report |
| 130 | | 5/1/2026 | | y | Ovil Ruiz Arrest Warrant, Torres Shooting, January 9, 1991 |
| 88 | | 5/1/2026 | | p | Lewis Federal Habeas, Michael Sweeney Testimony Transcript, June 5, 2013, (23:16-24:9) |
| 65A | | 5/1/2026 | | y | Vaughn Maher Deposition (Day 1) Transcript, Feb. 1, 2023 (VIDEO 174:12-175:13) |
| 22 | | 5/5/2026 | | y | Audio of Vincent Raucci and Bobby Wilson Phone Call, Jan 26, 1991 |
| 65B | | 5/5/2026 | | y | Vaughn Maher Deposition (Day 1) Transcript, Feb. 1, 2023 (VIDEO 270:1-12) |
| 90 | | 5/5/2026 | | p | Lewis Federal Habeas,Vaughn Maher Testimony Transcript June 12, 2013 (71:24-72:18) |
| 65C | | 5/5/2026 | | y | Vaughn Maher Deposition (Day 1) Transcript, Feb. 1, 2023 (VIDEO 58:2-17) |
| 65D | | 5/5/2026 | | y | Vaughn Maher Deposition (Day 1) Transcript, Feb. 1, 2023 (VIDEO 153: 25-154:7) |
| 65E | | 5/5/2026 | | y | Vaughn Maher Deposition (Day 1) Transcript, Feb. 1, 2023 (VIDEO 100:11- 101:8) |
| 199 | | 5/5/2026 | | y | Facebook Message from V Incent Raucci |
| 200 | | 5/5/2026 | ID | | Deposition Transcript of Donna Desai |
| 65F | | 5/5/2026 | | y | Vaughn Maher Deposition (Day 1) Transcript, Feb. 1, 2023 (VIDEO 219:22 -220:13) |
| 31 | | 5/5/2026 | | y | Audio of Stefon Morant Taped Statement to NHPD, Jan. 16, 1991 |
| 25 | | 5/5/2026 | | y | Audio of Jose Roque Taped Statement to NHPD, Jan. 15, 1991 |
| | 514 | 5/5/2026 | | y | 1-15-1991 Jose Roque Statement Transcribed |
| | 542 | 5/6/2026 | | y | Training Records for Detective Maher, NH-Morant 000648-000677 |
| | 548 | 5/6/2026 | | y | Connecticut Uniform Crime Reports Statistics, NH005625-005629 |
| 5 | | 5/6/2026 | | p | Compliation of Vaughn Maher NHPD Documents (pg NH-MAHER0024) |
| 1A | | 5/6/2026 | ID | | Entire Police File for the Morant Investigation |
| | 701 | 5/6/2026 | | y | Excerpts of NHPD File Concerning Defendant Maher |
| 66 | | 5/6/2026 | | p | Vaughn Maher Deposition (Day 2) Transcript, May 15, 2023 (373:2 - 374:7) |
| | 511 | 5/6/2026 | | y | 5-28-1991 Ovil Ruiz Statement Transcribed |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Morant | vs. | City of new Haven, et al. | CASE NO. 3:22-cv-00630-SVN |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 34 | | 5/6/2026 | | y | Audio of Ovil Ruiz Second Taped Statement to NHPD, May 28, 1991 |
| | 528 | 5/6/2026 | | y | 2-16-1997 FBI Report of Ruiz Recanting Recantation, SAO 01717 Depo Ex. K |
| 15 | | 5/6/2026 | | y | Redacted State v. Morant, Trial Transcript |
| 201 | | 5/6/2026 | ID | | Deposition Transript of Ovil Ruiz |
| 32 | | 5/6/2026 | | y | Ovil Ruiz Handwritten Letter, Aug. 24, 1999 |
| 64 | | 5/7/2026 | | y | Letter to Nicholas Pastore from David Gold re Vincent Raucci Commendation, June 28, 1994 |
| 10 | | 5/7/2026 | | y | Compliation of Joseph Pettola NHPD Documents |
| 12 | | 5/7/2026 | | y | Excerpts from CT Division of Criminal Justice Case Preparation Guide |
| 13 | | 5/7/2026 | | y | NHPD Training Bulletin 8-3: Preservation of 911 Tapes and Tapes of Statements |
| | 531 | 5/7/2026 | | y | 1-31-1996 Lisa Bull Letter re Lewis seeing Ruiz, Depo Ex. N |
| 61 | | 5/8/2026 | | y | Audio of Millie Martinez Taped Statement to NHPD, Feb 4. 1992 |
| | 509 | 5/8/2026 | | y | 2-4-1992 Millie Martinez Statement Transcribed |
| 202 | | 5/11/2026 | | y | Scott Lewis Lease Application |
| 203 | | 5/11/2026 | | y | Demonstrative Photo of Vincent Raucci from 2003 |
| 78A | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 1), April 5, 2023 (VIDEO 145:20- 147:5) |
| 21 | | 5/8/2026 | | y | Vincent Raucci Parese Notebook |
| 79 | | 5/8/2026 | | p | Vincent Raucci Deposition (Day 2) Transcript, Apr. 6, 2023 (295: 1-19) |
| 78 | | 5/8/2026 | | p | Vincent Raucci Deposition (Day 1) Transcript, April 5, 2023 (70:20- 71:22) (7:10-8:12) |
| 78B | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 1), April 5, 2023 (VIDEO 62:1-20) |
| 9 | | 5/8/2026 | ID | | Vincent Raucci and Bobby Wilson Phone Call Transcript, Jan. 26, 1991 |
| 78C | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 1) Transcript, April 5, 2023 (VIDEO 102:9 - 103:2) |
| 79A | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 2) Transcript, Apr. 6, 2023 (VIDEO 413:8-23) |
| 79B | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 2) Transcript, Apr. 6, 2023 (VIDEO 472:7-13) |
| 80A | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 3), May 9, 2023 (VIDEO 576:5-577:25) |
| 78D | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 1), April 5, 2023 (VIDEO 204:23-205:9) |
| 78E | | 5/8/2026 | | y | Vincent Raucci Deposition (Day 1), April 5, 2023 (VIDEO 180:13-181:6) |
| 4 | | 5/8/2026 | | p | FBI Report of Investigation Concerning Vincent Raucci, Jan. 24, 1997 pg. 144, pg. 052, pg. 9-11 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Morant | vs. | City of New Haven, et al. | CASE NO. 3:22-cv-00630-SVN |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 80 | | 5/8/2026 | | p | Vincent Raucci Deposition (Day 3) Transcript, May 9, 2023 (692:11-22) |
| 53 | | 5/11/2026 | | y | Redacted Internal Values & Ethics Memo re Raucci Misconduct, Feb 2. 1996 |
| 51 | | 5/11/2026 | | p | Compilation of Vincent Raucci Misconduct Documents (pg. 348-350) |
| 104 | | 5/11/2026 | | y | Fleming Press Compliation |
| 96 | | 5/11/2026 | | y | R. Fleming, Trial Transcript, May 19, 1992 [Fleming] |
| | 562 | 5/11/2026 | | y | Audio of Diane Basilicato Statement |
| 3 | | 5/11/2026 | | y | Scott Lewis NHPD Arrest Warrant, Apr. 12, 1991 |
| | 564 | 5/11/2026 | | y | Complilation of Charging Documents as to Vincent Raucci |
| | 530 | 5/11/2026 | | y | 7-18-1991 Handwritten Letter to Ovil Ruiz, Depo Ex. M |
| 205 | | 5/12/2026 | | y | Photo of Michael Cardwell |
| | 503 | 5/12/2026 | | y | 1-17-1991 Scott Lewis Statement Transcribed, NH000393-000411, Depo Ex. O |
| | 504 | 5/12/2026 | | y | 1-17-1991 Scott Lewis Statement Audio, SAO-1395, Depo Ex. F |
| | 565 | 5/12/2026 | | y | Rule 15 and 16 of New Haven Police Code |
| 45A | | 5/13/2026 | | y | FBI Vincent Raucci Investigation Compliation (pg. 1) |
| 39 | | 5/13/2026 | | p | Compliation of FBI Documents from State's Attorney's Office (pg. Pg 1454-1455, 1456-1457) |
| 45E | | 5/13/2026 | | y | FBI Vincent Raucci Investigation Compliation (pg. 20-23) |
| 45D | | 5/13/2026 | | y | FBI Vincent Raucci Investigation Compliation (pg. 7-13) |
| 45F | | 5/13/2026 | | y | FBI Vincent Raucci Investigation Compliation (pg. 18-19) |
| | 507 | 5/14/2026 | | y | 2-2-1991 Hector Ortiz Statement Transcribed, NH000412-000422 |
| | 508 | 5/14/2026 | | y | 2-2-1991 Hector Ortiz Statement Audio, SAO 1383 Depo. Ex. G |
| 43 | | 5/14/2026 | | y | Doreen Stiles NHPD Police Report, July 30, 1993 |
| 157 | | 5/14/2026 | | y | Higgins Statement, Sept . 26, 1991 [Valentine] |
| 155 | | 5/14/2026 | | y | Coleman Statement [Valentine] |
| 156 | | 5/14/2026 | | y | DiLullo Report, Sept. 26, 1991 [Valentine] |
| 158 | | 5/14/2026 | | y | Greene Report, Oct. 10, 1991 [Valentine] |
| 159 | | 5/14/2026 | | y | Arrest Warrant Application, Oct. 11, 1991 [Valentine] |
| 164 | | 5/14/2026 | | y | Higgins, Criminal Trial Transcript, Apr. 12, 1994 [Valentine] |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Morant | vs. | City of New Haven, et al. | CASE NO. 3:22-cv-00630-SVN |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 165 | | 5/14/2026 | | y | Higgins, Criminal Trial Transcript, April 13,1994 [Valentine] |
| 134 | | 5/14/2026 | | y | Coleman Trial Transcript, Apr. 6-7, 1994 [Valentine] |
| 42 | | 5/18/2026 | | y | Doreen Stiles NHPD Police Report, July 29, 1993 |
| 50 | | 5/18/2026 | | y | Fleming Police Files (pg. 31-61) |
| 119 | | 5/18/2026 | | p | Streater Police Report Compliation, (pg. 60501-02, 60506-07,60509, 60511, 60519-20, 60565-74) |
| 160 | | 5/18/2026 | | y | Greene Police Report, May 10, 1990 [Streater] |
| 161 | | 5/18/2026 | | y | Greene Police Report, May 11, 1990 [Streater] |
| 163 | | 5/18/2026 | | y | Cheek Statement, May 10, 1990 [Streater] |
| 166 | | 5/18/2026 | | y | Cypress Statement, Feb. 11, 1991 [Ham] |
| 181 | | 5/18/2026 | | y | Gethers Report (Stiles). August 3, 1994 [Gould_Taylor] |
| 192 | | 5/18/2026 | | y | Compliation of Photos (A, B, C, D, E) |
| 193 | | 5/18/2026 | | y | Compliation of Birthday, Holiday, and Other Cards (A,B) |
| 75 | | 5/19/2026 | | p | Compliation of Stefon Morant Prison Visit Request Forms [PLTF-MORANT 11694] |
| 84 | | 5/19/2026 | | p | Linda Morant Affidavit and Phone Records, February 15, 1994 (Pg. 2) |
| 85 | | 5/19/2026 | | y | Linda Morant Fax, Oct. 11, 1990 |
| 125 | | 5/19/2026 | | p | Stefon Morant Inmate Fees Forms [PLTF-MORANT 12202] |
| 126 | | 5/19/2026 | | p | Stefon Morant Prison Payment Receipts [PLTF-MORANT 12022-12189] |
| 189 | | 5/19/2026 | | p | Prison Family Programming (pg. 11634, 11645) |
| 191 | | 5/19/2026 | | p | 2010-2015 Stefon Morant Datebooks (A,B) |
| 192 | | 5/19/2026 | | p | Complilation of Photos (F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, Q, V) |
| 193 | | 5/19/2026 | | p | Compliation of Birthday, Holiday, and Other Cards (C, D, E, F, G, H, I, J ) |
| 194 | | 5/19/2026 | | p | Documents from Prison Hospice Volunteering (pg. 14396) |
| | 702 | 5/19/2026 | ID | | Stefon Morant Statement from January 5, 1994 |
| 45 | | 5/20/2026 | | p | FBI Vincent Raucci Investigation Compliation (B, C, G, H, I) |
| 4 | | 5/20/2026 | | p | FBI Report of Investigation Concerning Vincent Raucci, Jan. 24, 1997 (pg. 142-143) |
| 192 | | 5/20/2026 | | p | Compliation of Photos (W, X, Y, Z, AA, BB) |
| | | | | | |