**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT, | ) | 3:22-CV-630 (SVN) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF NEW HAVEN et al., | ) | |
| *Defendants*. | ) | May 29, 2026 |

**JUDGMENT**

This action having come before the Court for a civil jury trial before the Honorable Sarala V. Nagala, United States District Judge, and the jury having returned a unanimous verdict as follows:

- As to Count One (malicious prosecution brought under 42 U.S.C. § 1983), for Plaintiff Stefon Morant as to Defendant Vincent Raucci, and against Plaintiff Stefon Morant as to Defendant Vaughn Maher;

- As to Count Three (failure to disclose exculpatory evidence brought under 42 U.S.C. § 1983), for Plaintiff Stefon Morant as to Defendant Vincent Raucci; and against Plaintiff Stefon Morant as to Defendants Michael Sweeney and Vaughn Maher;

- As to Count Four (fabrication of evidence brought under 42 U.S.C. § 1983), for Plaintiff Stefon Morant as to Defendants Vincent Raucci and Vaughn Maher;

- As to Count Five (coercion of statements brought under 42 U.S.C. § 1983), for Plaintiff Stefon Morant as to Defendants Vincent Raucci and Vaughn Maher;

- As to Count Two (conspiracy to violate constitutional rights brought under 42 U.S.C. § 1983), for Plaintiff Stefon Morant as to Defendants Vincent Raucci and Vaughn Maher;

- As to Count Six (failure to intercede brought under 42 U.S.C. § 1983), against Plaintiff Stefon Morant as to Defendant Vaughn Maher;

- As to Count Seven (municipal liability *Monell* claim brought under 42 U.S.C. § 1983), for Plaintiff Stefon Morant as to Defendant City of New Haven;

- As to Count Eight (state law negligence), against Plaintiff Stefon Morant as to Defendant Gail Lawlor, Administratrix of the Estate of Robert Lawlor;

- As to Count Ten (direct action under Conn. Gen. Stat. § 52-557n), against Plaintiff Stefon Morant as to Defendant City of New Haven;

it is hereby ORDERED, ADJUDGED and DECREED that:

Judgment is entered for Plaintiff, Stefon Morant, against Defendants City of New Haven,

Vincent Raucci, and Vaughn Maher, in the amount of $38,000,000.00, and the case is closed.

Dated at Hartford, Connecticut, this 29th day of May 2026.

DINAH MILTON KINNEY, Clerk

By: /s/ Samantha Denault
    Samantha Denault
    Deputy Clerk

Entered on Docket: 5/29/2026