UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---

STEFON MORANT,

Plaintiff(s), NO. 3:22-CV-630-SVN

v. JURY TRIAL DAY 20

CITY OF NEW HAVEN, et al, HARTFORD, CONNECTICUT

Defendant(s). May 28, 2026

---

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE SARALA NAGALA
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

For the Plaintiff(s): Anna Benvenutti Hoffmann
Nick Brustin
Emma Freudenberger
Amelia Green
Elsa Mota
Grace Paras
Katherine Cion
Syeda Ali
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Ste. 800
New York, NY 10014

Kenneth Rosenthal
Law Office of Kenneth Rosenthal
One Audubon Street, Third Floor
New Haven, CT 06511

For the Defendant(s): Thomas R. Gerarde
Amanda Stone
Lidia M. Michols
Abigail R. Willauer

Howd & Ludorf, LLC
100 Great Meadow Road, Ste. 201
Wethersfield, CT 06109
(Representing City of New Haven)

James Newhall Tallberg
Kimberly A. Bosse
Karsten & Tallberg, LLC
500 Enterprise Drive, Ste. 4B
Rocky Hill, CT 06067
(Representing Vincent Raucci)

William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106
(Representing Robert Lawlor and Vaughn Maher)

Michael T. Ryan
Jonathan Zellner
Ryan Ryan Deluca, LLP
1000 Lafayette Blvd., Ste. 800
Bridgeport, CT 06604
(Representing Michael Sweeney)

Reported by: Denae Hovland, RPR, RMR, CRR
Federal Court Reporter
701.840.9786
denae_hovland@ctd.uscourts.gov

(The jury deliberated all day.)

C E R T I F I C A T E

I, Denae L. Hovland, RPR, CRR, RMR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the proceedings of a hearing which was held in the above-entitled action on May 28, 2026 were recorded by Denae L. Hovland by stenograph; that thereafter I transcribed in typewriting the foregoing transcript to the best of my ability; that the foregoing transcript constitutes a true and accurate transcription of the proceedings of such hearing.

/s/ Denae L. Hovland
Denae L. Hovland, RPR, CRR, RMR
Official Court Reporter
United States District Court
450 Main Street
Hartford, CT  06103