UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEFON MORANT | : | NO.: 3:22-CV-00630 (SVN) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL | : | JUNE 26, 2026 |

**DEFENDANT, CITY OF NEW HAVEN'S RENEWED MOTION FOR JUDGMENT PURSUANT TO FED.R.CIV.P. 50(b)**

Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, defendant, City of New Haven, respectfully moves for Judgment as a Matter of Law as to Counts Seven and Nine. As is more particularly set forth in its supporting Memorandum of Law, the City of New Haven is entitled to judgment as a matter of law for the following reasons:

1. As to Count Seven, there was insufficient evidence of a widespread practice or custom to suppress evidence favorable to criminal defendants that had the force of law in the City of New Haven, upon which the jury could reasonably and legally have found for the plaintiff;
2. As to Count Nine, there was insufficient evidence that a widespread practice or custom to suppress evidence favorable to criminal defendants was the moving force behind violation of plaintiff's constitutional rights by defendants Raucci or Maher upon which the jury could reasonably and legally have found for the plaintiff;
3. As to Count Nine, the jury's verdict against defendants Raucci and Maher in Counts One through Six necessarily required findings of intentional, malicious, knowing, deliberate and conspiratorial misconduct, which as a

matter of law preclude an assumption of liability the defendant City pursuant to Conn. Gen. Stat. § 7-465.

WHEREFORE, defendant, City of New Haven, respectfully requests that the Court grant judgment in its favor on Counts Seven and Nine.

DEFENDANT,
CITY OF NEW HAVEN

By *<u>/s/ Thomas R. Gerarde</u>*

Thomas R. Gerarde (ct05640)
Alan R. Dembiczak (ct25755)
Amanda E. Stone (ct31531)
Lidia M. Michols (ct31789)
Abigail R. Willauer (ct31834)
Howd & Ludorf, LLC
100 Great Meadow Road
Suite 201
Wethersfield, CT 06109
Ph: (860) 249-1361
Fax: (860) 249-7665
E-mail: tgerarde@hl-law.com
E-mail adembiczak@hl-law.com
E-mail: astone@hl-law.com
E-mail: lmichols@hl-law.com
E-mail: awillauer@hl-law.com