# Exhibit 7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEFON MORANT,<br>*Plaintiff*,<br><br>v.<br><br>CITY OF NEW HAVEN et al.,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) | 3:22-CV-630 (SVN)<br><br><br><br><br><br>May 26, 2026 |

## VERDICT FORM

**YOUR ANSWERS TO THE FOLLOWING QUESTIONS MUST BE UNANIMOUS.**

## COUNT ONE: PLAINTIFF'S MALICIOUS PROSECUTION CLAIM

1. Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vincent Raucci** maliciously prosecuted him?

**YES** ✓ **NO** ______

*Proceed to Question 2.*

2. Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vaughn Maher** maliciously prosecuted him?

**YES** ______ **NO** ✓

*Proceed to Question 3.*

## COUNT THREE: PLAINTIFF'S FAILURE TO DISCLOSE EXCULPATORY EVIDENCE CLAIM

3. Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Michael Sweeney** caused Mr. Morant to suffer a deprivation of liberty as a result of Mr. Sweeney's withholding of material, favorable information from the prosecutor?

**YES** ______ **NO** ✓



**Exhibit 7**

*Proceed to Question 4.*

**4.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vincent Raucci** violated Mr. Morant's constitutional right to a fair trial by failing to disclose material, favorable evidence to the prosecutor?

**YES** ✓ **NO** __________

*Proceed to Question 5.*

**5.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vaughn Maher** violated Mr. Morant's constitutional right to a fair trial by failing to disclose material, favorable evidence to the prosecutor?

**YES** __________ **NO** ✓

*Proceed to Question 6.*

## COUNT FOUR: PLAINTIFF'S FABRICATION OF EVIDENCE CLAIM

**6.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vincent Raucci** violated Mr. Morant's constitutional right to a fair trial by fabricating evidence?

**YES** ✓ **NO** __________

*Proceed to Question 7*

**7.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vaughn Maher** violated Mr. Morant's constitutional right to a fair trial by fabricating evidence?

**YES** ✓ **NO** __________

*Proceed to Question 8.*



**Exhibit 7**

## COUNT FIVE: PLAINTIFF'S COERCION OF STATEMENTS CLAIM

**8.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vincent Raucci** violated Mr. Morant's constitutional right against self-incrimination by coercing his January 16, 1991, statement?

**YES** ✓ **NO** ______

*Proceed to Question 9*

**9.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vaughn Maher** violated Mr. Morant's constitutional right against self-incrimination by coercing his January 16, 1991, statement?

**YES** ✓ **NO** ______

*If you answered "YES" as to any of Questions 1, 2, 4, 5, 6, 7, 8, or 9, then proceed to consider Question 10. If you answered "NO" to all of Questions 1, 2, 4, 5, 6, 7, 8, and 9, then do not answer Questions 10 and 11, and proceed instead to Question 12.*

## COUNT TWO: PLAINTIFF'S CONSPIRACY TO VIOLATE CONSTIUTIONAL RIGHTS CLAIM

**10.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vincent Raucci** entered into a civil conspiracy to violate Mr. Morant's constitutional rights?

**YES** ✓ **NO** ______

*Proceed to Question 11.*

**11.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vaughn Maher** entered into a civil conspiracy to violate Mr. Morant's constitutional rights?

**YES** ✓ **NO** ______

*Proceed to the instructions for Question 12.*



**Exhibit 7**

## COUNT SIX: PLAINTIFF'S FAILURE TO INTERCEDE CLAIM

*If you answered "YES" as to Defendant Raucci in Questions 1, 4, 6, or 8, then you may proceed to answering Question 12. If you answered "NO" to Defendant Raucci for all of Questions 1, 4, 6, and 8, then do not answer Question 12 and instead proceed directly to the instructions for Question 13.*

**12.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Vaughn Maher** failed to intercede to prevent Defendant Raucci's violation of Mr. Morant's constitutional rights?

**YES** ______________ **NO** ✓

## COUNT SEVEN: PLAINTIFF'S *MONELL* CLAIM

*If you answered "YES" as to any of Questions 1, 2, 3, 4, 5, 6, 7, 8, 9, or 12, then you may proceed to answering Questions 13 through 15. If you answered "NO" as to all of Questions 1, 2, 3, 4, 5, 6, 7, 8, 9, and 12, then do not answer Questions 13 through 16 and instead proceed directly to Question 17.*

**13.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that the City of New Haven had a widespread practice or custom of suppressing evidence that was favorable to criminal defendants?

**YES** ✓ **NO** ______________

**14.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that the City of New Haven, through its policymaker Chief of Police Nicholas Pastore, made a deliberate choice not to provide appropriate supervision and discipline of the New Haven police?

**YES** ______________ **NO** ______________

**15.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that the Chief of Police Nicholas Pastore ratified the unconstitutional conduct of any individual Defendant?

**YES** ______________ **NO** ______________

*If you answered "YES" to any of Questions 13, 14, or 15, then you may proceed to answering Question 16. If you answered "NO" as to all of Questions 13 through 15, then do not answer Question 16 and proceed directly to Question 17.*



**Exhibit 7**

**16.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that the City of New Haven's actions were the "moving force" behind the constitutional violations, such that the City is responsible for violation of Mr. Morant's constitutional rights?

**YES** ✓ **NO** ______

*Proceed to Question 17.*

## COUNT EIGHT: PLAINTIFF'S STATE LAW NEGLIGENCE CLAIM

**17.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that **Defendant Robert Lawlor** harmed Plaintiff through his negligence?

**YES** ✓ **NO** ______

*If you answered "YES" to Question 17, then proceed to Question 18. If you answered "NO" to Question 17, then do not answer Question 18 and proceed directly to Question 19.*

**18.** Has Plaintiff Stefon Morant proven by a preponderance of the evidence that the "identifiable person, imminent harm" exception to governmental immunity applies as to **Defendant Robert Lawlor,** so as to defeat Defendant Lawlor's governmental immunity defense?

**YES** ______ **NO** ✓

*Proceed to Question 19.*

## COUNT TEN: PLAINTIFF'S DIRECT ACTION CLAIM

*If you answered "NO" to either Question 17 or Question 18, then you must also answer "NO" to Question 19 below. If you answered "YES" to Question 17 and "YES" to Question 18, then you must also answer "YES" to Question 19 below.*

**19.** Is the **Defendant City of New Haven** directly liable to Plaintiff Stefon Morant for the negligence of Robert Lawlor?

**YES** ______ **NO** ✓



**Exhibit 7**

# DAMAGES

**20. <u>Compensatory Damages</u>**

*If you answered "YES" to any of Questions 1-12; 13-15 <u>and</u> 16; 17 <u>and</u> 18; or 19, you may proceed to answering Question 20.*

What amount of compensatory damages, if any, do you award Plaintiff Stefon Morant for injuries caused by any of the Defendants?

$ 38,000,000.00

*Thank you. Your deliberations as to the Verdict Form are now complete. Your jury foreperson should sign and date this form. You should notify the Courtroom Deputy that you have reached a verdict. Your completed verdict form will then be returned to the Court.*

/s./ 05/29/2026

Foreperson Date



Exhibit 7