# Exhibit 8

# Connecticut Uniform Crime Reports

## New Haven

### UCR Offense Statistics

| Year | Population | Murder | Rape | Robbery | Aggravated Assault | Burglary | Larceny | Motor Vehicle Theft | INDEX TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 129,743 | 23 | 70 | 787 | 1,117 | 1,400 | 4,907 | 974 | 9,278 |
| 2009 | 127,717 | 12 | 61 | 908 | 1,213 | 1,442 | 4,616 | 1,041 | 9,293 |
| 2008 | 127,099 | 23 | 66 | 908 | 1,232 | 1,691 | 5,133 | 1,319 | 10,372 |
| 2007 | 127,137 | 13 | 80 | 970 | 1,257 | 1,508 | 4,521 | 1,417 | 9,766 |
| 2006 | 127,228 | 24 | 94 | 945 | 1,112 | 1,533 | 4,927 | 1,209 | 9,844 |
| 2005 | 127,427 | 16 | 89 | 972 | 1,105 | 1,315 | 5,337 | 1,527 | 10,361 |
| 2004 | 127,184 | 15 | 71 | 803 | 1,130 | 1,478 | 5,240 | 1,308 | 10,045 |
| 2003 | 126,450 | 8 | 69 | 776 | 927 | 1,515 | 4,820 | 1,175 | 9,290 |
| 2002 | 125,620 | 9 | 80 | 676 | 960 | 1,516 | 4,984 | 1,201 | 9,426 |
| 2001 | 124,334 | 19 | 56 | 770 | 1,082 | 1,360 | 5,245 | 1,407 | 9,939 |
| 2000 | 123,626 | 18 | 63 | 660 | 971 | 1,489 | 5,256 | 1,312 | 9,769 |
| 1999 | 123,489 | 12 | 56 | 831 | 1,018 | 1,962 | 6,762 | 1,368 | 12,009 |
| 1998 | 124,783 | 15 | 66 | 825 | 1,195 | 2,147 | 7,510 | 1,497 | 13,255 |
| 1997 | 119,420 | 21 | 93 | 1,094 | 1,136 | 2,510 | 7,348 | 1,748 | 13,950 |
| 1996 | 119,566 | 22 | 120 | 1,207 | 1,267 | 2,936 | 7,139 | 2,345 | 15,036 |
| 1995 | 119,604 | 21 | 98 | 953 | 1,157 | 2,965 | 7,465 | 2,515 | 15,174 |
| 1994 | 123,858 | 32 | 102 | 1,150 | 1,364 | 2,961 | 7,439 | 3,167 | 16,215 |
| 1993 | 123,890 | 22 | 130 | 1,238 | 1,154 | 3,417 | 7,719 | 1,873 | 15,553 |
| 1992 | 130,229 | 30 | 131 | 1,227 | 1,845 | 3,672 | 7,852 | 2,726 | 17,483 |
| 1991 | 130,627 | 34 | 118 | 1,355 | 2,018 | 4,146 | 8,042 | 3,780 | 19,493 |
| 1990 | 130,474 | 31 | 168 | 1,784 | 2,008 | 4,476 | 9,086 | 3,459 | 21,012 |
| 1989 | 124,070 | 34 | 111 | 1,475 | 1,549 | 4,555 | 8,194 | 2,954 | 18,872 |
| 1988 | 125,887 | 26 | 135 | 1,325 | 1,474 | 4,725 | 8,494 | 3,142 | 19,321 |
| 1987 | 124,313 | 23 | 133 | 1,015 | 1,020 | 3,995 | 7,713 | 2,158 | 16,057 |
| 1986 | 125,558 | 17 | 138 | 1,174 | 945 | 3,455 | 7,206 | 1,481 | 14,416 |
| 1985 | 124,968 | 12 | 135 | 1,131 | 891 | 3,475 | 6,987 | 1,864 | 14,495 |

CSP Patch CA Logo Connecticut State Police
Crime Analysis Unit
Phone: 860.685.8030
Email: ctnibrs@po.state.ct.us

**Defendants' Exhibit 548**
2:22-cv-00630 (SVN)

**Exhibit 40**
**Exhibit 8**

**NH005625**

# Connecticut Uniform Crime Reports

## New Haven

### UCR Arrests Statistics

| Year | Murder | Negligent Manslaughter | Rape | Robbery | Aggravated Assault | Burglary | Larceny | MV Theft |
|---|---|---|---|---|---|---|---|---|
| 2009 | 12 | 0 | 10 | 208 | 617 | 141 | 518 | 84 |
| 2008 | 8 | 0 | 11 | 208 | 546 | 166 | 546 | 90 |
| 2007 | 8 | 0 | 17 | 234 | 607 | 172 | 578 | 126 |
| 2006 | 22 | 1 | 34 | 204 | 456 | 170 | 574 | 146 |
| 2005 | 18 | 0 | 12 | 266 | 526 | 153 | 662 | 102 |
| 2004 | 11 | 0 | 15 | 233 | 551 | 126 | 621 | 116 |
| 2003 | 5 | 0 | 21 | 184 | 443 | 139 | 553 | 116 |
| 2002 | 7 | 0 | 21 | 186 | 518 | 150 | 653 | 110 |
| 2001 | 17 | 0 | 18 | 218 | 553 | 168 | 633 | 130 |
| 2000 | 7 | 1 | 26 | 170 | 523 | 158 | 554 | 147 |
| 1999 | 12 | 6 | 47 | 276 | 653 | 224 | 890 | 277 |
| 1998 | 26 | 0 | 47 | 286 | 796 | 337 | 1,020 | 155 |
| 1997 | 19 | 1 | 66 | 318 | 678 | 372 | 924 | 212 |
| 1996 | 27 | 2 | 57 | 350 | 722 | 370 | 891 | 244 |
| 1995 | 24 | 1 | 61 | 325 | 679 | 444 | 875 | 431 |
| 1994 | 36 | 2 | 43 | 397 | 708 | 436 | 790 | 463 |
| 1993 | 22 | 2 | 54 | 388 | 799 | 519 | 910 | 288 |
| 1992 | 36 | 5 | 90 | 293 | 1,580 | 581 | 1,374 | 92 |
| 1991 | 38 | 6 | 91 | 432 | 1,707 | 623 | 1,916 | 87 |
| 1990 | 32 | 8 | 114 | 384 | 1,911 | 778 | 2,145 | 129 |
| 1989 | 33 | 5 | 97 | 338 | 1,548 | 770 | 2,008 | 152 |
| 1988 | 24 | 4 | 75 | 319 | 1,504 | 738 | 1,944 | 157 |
| 1987 | 23 | 1 | 47 | 272 | 968 | 627 | 1,522 | 102 |
| 1986 | 16 | 1 | 86 | 347 | 385 | 458 | 1,535 | 106 |
| 1985 | 14 | 1 | 58 | 313 | 397 | 646 | 1,478 | 84 |

CSP Patch CA Logo Connecticut State Police
Crime Analysis Unit
Phone: 860.685.8030
Email: ctnibrs@po.state.ct.us

Exhibit 40

Exhibit 8

NH005626

# Connecticut Uniform Crime Reports

## New Haven

### UCR Arrests Statistics

| Year | Simple Assault | Arson | Forgery Counterfeiting | Fraud | Embezzlement | Stolen Property | Vandalism | Weapons Violations |
|---|---|---|---|---|---|---|---|---|
| 2009 | 3,137 | 1 | 59 | 105 | 6 | 52 | 256 | 132 |
| 2008 | 2,867 | 1 | 47 | 103 | 7 | 61 | 227 | 148 |
| 2007 | 2,984 | 5 | 45 | 97 | 4 | 87 | 232 | 175 |
| 2006 | 2,907 | 3 | 41 | 102 | 6 | 101 | 235 | 200 |
| 2005 | 3,248 | 10 | 54 | 133 | 7 | 107 | 257 | 224 |
| 2004 | 3,395 | 8 | 41 | 106 | 5 | 110 | 240 | 198 |
| 2003 | 2,995 | 9 | 33 | 112 | 6 | 110 | 257 | 158 |
| 2002 | 2,904 | 3 | 47 | 155 | 6 | 130 | 272 | 130 |
| 2001 | 2,449 | 5 | 63 | 151 | 10 | 135 | 269 | 142 |
| 2000 | 1,873 | 4 | 45 | 78 | 9 | 47 | 250 | 178 |
| 1999 | 1,819 | 8 | 92 | 120 | 8 | 105 | 299 | 226 |
| 1998 | 2,567 | 15 | 104 | 226 | 10 | 154 | 375 | 291 |
| 1997 | 2,280 | 17 | 105 | 192 | 15 | 152 | 309 | 302 |
| 1996 | 2,635 | 20 | 133 | 241 | 15 | 155 | 370 | 319 |
| 1995 | 2,660 | 52 | 170 | 169 | 7 | 97 | 384 | 376 |
| 1994 | 2,636 | 21 | 204 | 150 | 4 | 45 | 408 | 416 |
| 1993 | 2,378 | 21 | 107 | 100 | 5 | 21 | 339 | 403 |
| 1992 | 1,284 | 21 | 23 | 1 | 0 | 20 | 0 | 417 |
| 1991 | 1,260 | 26 | 31 | 7 | 0 | 20 | 0 | 458 |
| 1990 | 1,614 | 25 | 51 | 29 | 0 | 47 | 0 | 451 |
| 1989 | 2,231 | 19 | 70 | 70 | 1 | 81 | 0 | 562 |
| 1988 | 2,164 | 37 | 99 | 238 | 0 | 56 | 0 | 539 |
| 1987 | 2,205 | 23 | 151 | 242 | 1 | 33 | 126 | 393 |
| 1986 | 819 | 27 | 21 | 75 | 0 | 2 | 636 | 400 |
| 1985 | 781 | 29 | 6 | 90 | 0 | 0 | 648 | 383 |

CSP Patch CA Logo Connecticut State Police
Crime Analysis Unit
Phone: 860.685.8030
Email: ctnibrs@po.state.ct.us

Exhibit 40
Exhibit 8

NH005627

# Connecticut Uniform Crime Reports

## New Haven

### UCR Arrests Statistics

| Year | Prostitution Vice | Other Sex Offenses | Drug Violations | Gambling Violations | Family Offenses | DWI | Liquor Laws | Disorderly Conduct |
|---|---|---|---|---|---|---|---|---|
| 2009 | 32 | 45 | 1,378 | 0 | 48 | 404 | 11 | 927 |
| 2008 | 94 | 33 | 1,342 | 0 | 46 | 355 | 22 | 949 |
| 2007 | 36 | 49 | 1,259 | 0 | 71 | 379 | 22 | 1,038 |
| 2006 | 30 | 43 | 1,744 | 0 | 73 | 331 | 39 | 1,173 |
| 2005 | 55 | 48 | 1,555 | 1 | 60 | 98 | 25 | 1,027 |
| 2004 | 53 | 39 | 1,869 | 0 | 68 | 145 | 42 | 1,109 |
| 2003 | 39 | 47 | 1,780 | 0 | 61 | 186 | 24 | 1,217 |
| 2002 | 28 | 60 | 1,432 | 0 | 79 | 173 | 19 | 943 |
| 2001 | 77 | 72 | 1,668 | 0 | 59 | 201 | 28 | 991 |
| 2000 | 80 | 44 | 1,813 | 1 | 181 | 143 | 37 | 783 |
| 1999 | 100 | 57 | 1,948 | 3 | 541 | 195 | 34 | 1,448 |
| 1998 | 102 | 105 | 2,236 | 6 | 655 | 224 | 57 | 1,925 |
| 1997 | 116 | 84 | 2,526 | 0 | 755 | 230 | 66 | 2,844 |
| 1996 | 62 | 64 | 2,436 | 4 | 688 | 138 | 21 | 2,682 |
| 1995 | 147 | 63 | 2,677 | 22 | 304 | 121 | 28 | 1,525 |
| 1994 | 143 | 84 | 2,635 | 4 | 372 | 18 | 11 | 808 |
| 1993 | 141 | 74 | 2,346 | 3 | 314 | 40 | 34 | 1,179 |
| 1992 | 88 | 15 | 1,864 | 7 | 193 | 119 | 279 | 3,219 |
| 1991 | 345 | 26 | 1,904 | 0 | 170 | 210 | 276 | 3,794 |
| 1990 | 142 | 20 | 2,350 | 0 | 200 | 230 | 541 | 4,301 |
| 1989 | 148 | 27 | 3,159 | 0 | 219 | 205 | 1,345 | 5,171 |
| 1988 | 120 | 45 | 2,717 | 0 | 188 | 253 | 1,124 | 4,693 |
| 1987 | 51 | 99 | 1,130 | 0 | 191 | 485 | 1,726 | 4,926 |
| 1986 | 30 | 230 | 784 | 6 | 20 | 728 | 2,389 | 4,213 |
| 1985 | 89 | 331 | 613 | 5 | 0 | 800 | 1,918 | 4,206 |

CSP Patch CA Logo Connecticut State Police
Crime Analysis Unit
Phone: 860.685.8030
Email: ctnibrs@po.state.ct.us

# Connecticut Uniform Crime Reports

## New Haven

### UCR Arrests Statistics

| Year | Vagrancy | Other Offenses | Curfew/ Loitering | Runaways | ARREST TOTAL |
|---|---|---|---|---|---|
| 2009 | 4 | 3,616 | 1 | 0 | 11,804 |
| 2008 | 7 | 4,022 | 1 | 0 | 11,907 |
| 2007 | 29 | 4,582 | 7 | 0 | 12,843 |
| 2006 | 17 | 5,160 | 7 | 0 | 13,819 |
| 2005 | 13 | 4,916 | 2 | 0 | 13,579 |
| 2004 | 11 | 4,562 | 4 | 0 | 13,678 |
| 2003 | 17 | 4,035 | 2 | 0 | 12,549 |
| 2002 | 5 | 5,025 | 0 | 0 | 13,056 |
| 2001 | 0 | 6,054 | 2 | 1 | 14,114 |
| 2000 | 0 | 7,399 | 21 | 0 | 14,572 |
| 1999 | 1 | 7,446 | 28 | 1 | 16,864 |
| 1998 | 1 | 7,667 | 2 | 1 | 19,390 |
| 1997 | 0 | 7,240 | 1 | 0 | 19,824 |
| 1996 | 0 | 6,784 | 0 | 0 | 19,430 |
| 1995 | 0 | 7,680 | 0 | 0 | 19,322 |
| 1994 | 1 | 7,066 | 0 | 0 | 17,901 |
| 1993 | 1 | 7,523 | 0 | 2 | 18,013 |
| 1992 | 0 | 3,801 | 0 | 0 | 15,402 |
| 1991 | 0 | 4,602 | 0 | 0 | 18,029 |
| 1990 | 0 | 6,394 | 0 | 0 | 21,896 |
| 1989 | 0 | 9,478 | 2 | 0 | 27,739 |
| 1988 | 1 | 7,997 | 0 | 0 | 25,036 |
| 1987 | 2 | 5,940 | 0 | 9 | 21,295 |
| 1986 | 2 | 4,227 | 9 | 7 | 17,559 |
| 1985 | 1 | 3,762 | 7 | 1 | 16,661 |

CSP Patch CA Logo Connecticut State Police
Crime Analysis Unit
Phone: 860.685.8030
Email: ctnibrs@po.state.ct.us

Exhibit 40

NH005629

Exhibit 8