UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEFON MORANT | : | NO.: 3:22-CV-00630 (SVN) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL | : | JUNE 26, 2026 |

## **DEFENDANT, CITY OF NEW HAVEN'S MOTION FOR A NEW TRIAL, REMITTITUR AND TO ALTER OR AMEND THE JUDGMENT**

Pursuant to Rules 59(a) and 59(e) of the Federal Rules of Civil Procedure, the defendant, City of New Haven (the "City"), respectfully moves for a new trial, or, in the alternative, remittitur and a new trial conditioned upon plaintiff's refusal to accept the remitted award. The City further moves to alter or amend the final judgment to offset the amount plaintiff has already been awarded by the Connecticut Claims Commissioner pursuant to Conn. Gen. Stat. § 54-102uu(i).

As set forth in the accompanying Memorandum of Law, a new trial is warranted because (1) the jury's verdict with respect to the City is against the weight of the evidence; (2) the City was prejudiced by certain erroneous decisions, including the Court's refusal to bifurcate trial and instruct the jury that plaintiff had, as a matter of law, proved that defendant Sweeney violated his *Brady* rights; and (3) the jury's damages award was excessive, and evidently the product of passion or prejudice incited in part by improper statements during plaintiff's summation.

Should the Court decline to order a new trial without qualification, it should at least remit the jury's excessive damages award and order a new trial conditioned on plaintiff's refusal to accept the remittitur. Finally, once a final award has been

determined, the judgment must be amended under Rule 59(e) to offset the amount plaintiff has already been awarded by the Connecticut Claims Commissioner, pursuant to Conn. Gen. Stat. § 54-102uu(i).

WHEREFORE, the defendant, City of New Haven, respectfully requests that the Court grant this motion, order a new trial or, alternatively, remittitur and a new trial conditioned upon plaintiff's refusal to accept the remitted award, alter or amend the judgment to apply the required statutory offset, and award such other relief as the Court deems just and proper.

DEFENDANT,
CITY OF NEW HAVEN


By_____*/s/ Thomas R. Gerarde*_____
    Thomas R. Gerarde (ct05640)
    Alan R. Dembiczak (ct25755)
    Amanda E. Stone (ct31531)
    Lidia M. Michols (ct31789)
    Abigail R. Willauer (ct31834)
    Howd & Ludorf, LLC
    100 Great Meadow Road
    Suite 201
    Wethersfield, CT  06109
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: tgerarde@hl-law.com
    E-mail adembiczak@hl-law.com
    E-mail: astone@hl-law.com
    E-mail: lmichols@hl-law.com
    E-mail: awillauer@hl-law.com