UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEFON MORANT                               :          NO.: 3:22-CV-00630 (SVN)
                                            :
v.                                          :
                                            :
CITY OF NEW HAVEN, ET AL                    :          JUNE 26, 2026

## MOTION FOR APPROVAL OF APPEAL BOND AND STAY OF EXECUTION OF JUDGMENT PURSUANT TO RULE 62(b)

Defendant, City of New Haven, hereby requests that this Court approve its supersedeas bond and moves for a stay of execution of the judgment in this matter pursuant to Rule 62(b) of the Federal Rules of Civil Procedure. The City intends to appeal the judgment of this Court [Doc. #575] and respectfully requests that this Court grant a stay of execution of judgment pending resolution of the City's appeal. Undersigned counsel contacted counsel for plaintiff and plaintiff consents to a temporary stay of execution as to the City given that a supersedeas bond has been secured as described in this motion.

## I.      LAW AND ARGUMENT

Rule 62(b) provides that "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security. Fed. R. Civ. P. 62(b). *See Murillo v. A Better Way Wholesale Autos, Inc.*, No. 3:17-CV-1883 (VLB), 2019 WL 6700185, at *2 (D. Conn. Dec. 9, 2019) ("Federal Rule of Civil Procedure 62(b) provides that an appellant is entitled to a stay pending appeal by posting a supersedeas bond."). The purpose of Rule 62(b) is "to

ensure that the prevailing party will recover in full, if the decision should be affirmed, while protecting the other side against the risk that payment cannot be recouped if the decision should be reversed." (Internal quotations omitted). *In re Nassau Cty. Strip Search Cases*, 783 F.3d 414, 417 (2d Cir. 2015) (citing *Cleveland Hair Clinic, Inc. v. Puig*, 104 F.3d 123, 125 (7th Cir. 1997)).

On May 29, 2026, the Court entered judgment for the plaintiff after a trial by jury against defendants City of New Haven, Vincent Raucci and Vaughn Maher, in the amount of $38,000,000. [*See* Doc. #575 at 2.] The City has filed post trial motions, which will be followed by a timely notice of appeal of this judgment, and has secured a supersedeas bond from a surety company, Atlantic Specialty Insurance Company (hereinafter "Atlantic"), to pay all damages, costs and interests that may be awarded to Mr. Morant in the event the City's appeal is not successful, up to the sum of $44,000,000. A copy of the Bond is attached hereto as **Ex. A**. The bond was executed by James Axon, on behalf of Atlantic, having Power of Attorney thereby authorizing him to bind the company to the supersedeas bond agreement. *See Power of Attorney*, attached as **Ex. B**. A copy of the executed General Indemnity Agreement between the City and Atlantic, containing all the terms and conditions of the surety contract, is also attached hereto as **Ex. C**.

The City submits that this bond will be sufficient to pay the judgment, interest, costs and reasonable attorneys' fees awarded to plaintiff if the City's appeal is unsuccessful, and respectfully requests that this Court approve its supersedeas bond and grant its motion for stay of execution of judgment pending resolution of the City's appeal of said judgment pursuant to Rule 62(b).

2

WHEREFORE, the City respectfully requests that the Court approve its supersedeas bond and grant its Motion for Stay of Execution of Judgment until matters are decided on appeal.

DEFENDANT,
CITY OF NEW HAVEN

By_____ */s/ Thomas R. Gerarde*_____
    Thomas R. Gerarde (ct05640)
    Alan R. Dembiczak (ct25755)
    Amanda E. Stone (ct31531)
    Lidia M. Michols (ct31789)
    Abigail R. Willauer (ct31834)
    Howd & Ludorf, LLC
    100 Great Meadow Road
    Suite 201
    Wethersfield, CT  06109
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: tgerarde@hl-law.com
    E-mail adembiczak@hl-law.com
    E-mail: astone@hl-law.com
    E-mail: lmichols@hl-law.com
    E-mail: awillauer@hl-law.com