# Exhibit A

# United States District Court

|  |  |
|---|---|
| Stefon Morant _____, | ) Bond No. 800051752 |
|  | ) |
| Plaintiff, | ) No. _3:22-CV-630(SVN)_____ |
|  | ) |
| v. | ) Judge _Sarala V. Nagala_____ |
|  | ) |
| City of New Haven, et.al., | ) |
|  | ) |
| Defendant. | ) |

## SUPERSEDEAS BOND (SURETY)

### Recitals

1. A judgment was entered in the above-captioned case on 5/29/2026 in the United States District Court, against City of New Haven and in favor of Stefon Morant

2. City of New Haven has filed Post Trial Motions, to be followed by a timely notice of appeal of this judgment to the United States Court of Appeals for the Second Circuit and desires to suspend enforcement of the judgment pending determination of the appeal.

### Promise to Pay

As a result of the facts just recited:

City of New Haven and Atlantic Specialty Insurance Company , which has an office and usual place of business at 605 Highway 169 North, Suite 800, Plymouth, MN 55441, each undertakes and promises to pay to Stefon Morant all damages, costs, and interest that may be awarded to Him following the appeal of this matter up to the sum of $44,000,000.00 if:

 a. the judgment so appealed is affirmed; or
 b. the appeal is dismissed; or
 c. City of New Haven fails to pay promptly all sums awarded against It in or following the appeal in this action, including any costs that the court of appeals may award.

If City of New Haven satisfies the judgement entered against it on 5/29/26, then this obligation will become void. Otherwise, the obligation will remain in full force and effect.

## Exhibit A

Dated: ___6/26/26_____

      For the principal:

_____
Justin Elicker
_____
Mayor, duly authorized
For the    City of New Haven

Atlantic Specialty Insurance Company

By _____
James J. Axon
Attorney-in-Fact
100 Unicorn Park Drive
Woburn, MA 01801
(781) 569-0114
jaxon@acrisure.com

APPROVED: _____, 20___

_____, Clerk, United States District Court

**Exhibit A**