# EXHIBIT A

                    UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT


_____
STEFON MORANT,                    )
                  Plaintiff,      ) No: 3:22-cv-00630-SVN
                                  )
       v.                         ) May 5, 2026
CITY OF NEW HAVEN, ET AL.,        )
                  Defendants.     ) 1:05 p.m.
_____)
                        Abraham A. Ribicoff Federal Courthouse
                        450 Main Street
                        Hartford, CT 06103



             JURY TRIAL DAY 5 - AFTERNOON SESSION


B E F O R E:
        THE HONORABLE SARALA V. NAGALA, U.S.D.J.
        {and a jury}















Courtroom Deputy:                    Official Court Reporter:
Sam Denault                          Tracy L. Gow, RPR

2

APPEARANCES:

For the Plaintiff:

ANNA BENVENUTTI HOFFMANN, ESQ.
NICK BRUSTIN, ESQ.
AMELIA GREEN, ESQ.
EMMA FREUDENBERGER, ESQ.
ELSA MOTA, ESQ.
GRACE PARAS, ESQ.
KATHERINE CION, ESQ.
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
212-965-9081
Email: anna@nsbhf.com
       nick@nsbhf.com
       amelia@nsbhf.com
       emma@nsbhf.com
       elsa@nsbhf.com
       grace@nsbhf.com
       kcion@nsbhf.com

KENNETH ROSENTHAL, ESQ.
Law Office of Kenneth Rosenthal
One Audubon Street, Third Floor
New Haven, CT 06511
203-915-4235
Email: krosenthal@gs-lawfirm.com

For Defendant City of New Haven:

THOMAS R. GERARDE, ESQ.
AMANDA STONE, ESQ.
LIDIA M. MICHOLS, ESQ.
ABIGAIL R. WILLAUER, ESQ.
Howd & Ludorf, LLC
100 Great Meadow Road, Suite 201
Wethersfield, CT 06109
860-249-1361
Fax: 860-249-7665
Email: tgerarde@hl-law.com
       astone@hl-law.com
       lmichols@hl-law.com
       awillauer@hl-law.com

A P P E A R A N C E S (Cont'd):
For Defendant Vincent Raucci:
     JAMES NEWHALL TALLBERG, ESQ.
     KIMBERLY A. BOSSE, ESQ.
     Karsten & Tallberg LLC
     500 Enterprise Drive, Suite 4B
     Rocky Hill, CT 06067
     860-233-5600
     Email: jtallberg@kt-lawfirm.com
             kbosse@kt-lawfirm.com

For Defendant Michael Sweeney:
     MICHAEL T. RYAN, ESQ.
     JONATHAN ZELLNER, ESQ.
     Ryan Ryan Deluca, LLP
     1000 Lafayette Blvd, Suite 800
     Bridgeport, CT 06604
     203-357-9200
     Email: mtryan@ryandelucalaw.com
             jczellner@ryandelucalaw.com

For Defendants Gail Lawlor, *Administratrix of the Estate of Robert Lawlor*, and Vaughn Maher:
     WILLIAM J. MELLEY, III, ESQ.
     Law Offices of William J. Melley, III
     250 Hudson Street
     Hartford, CT 06106
     860-247-9933
     Email: wjmelley@wjmelley.com

ALSO PRESENT:
     STEFON MORANT
     MICHAEL SWEENEY
     VAUGHN MAHER

4

**INDEX**

**EXAMINATION**

**Witness Name**                                              **Page**

DONNA DESAI

   Direct By MR. BRUSTIN.................................... 7

   Cross By MR. TALLBERG................................... 37

   Re-Direct By MR. BRUSTIN............................... 44

VAUGHN MAHER

   Cont'd Direct By MR. BRUSTIN ........................... 46

   Direct By MR. GERARDE.................................. 84

   Cross By MR. GERARDE................................... 84

**EXHIBITS**

**Exhibit**                                                   **Page**

Plaintiff's Exhibit 199    Entered into Evidence         8

Plaintiff's Exhibit 65-F    Entered into Evidence         67

Defendants' Exhibit 31    Entered into Evidence         87

Deendants' Exhibit 505    Entered into Evidence         88

Defendants' Exhibit 25    Entered into Evidence         92

Defendants' Exhibit 514    Entered into Evidence         96

[*Redacted per direction of the Court and by agreement of all parties - Pgs 7, 42, 63]

37

MR. TALLBERG:  If I may, Your Honor, I'll go.

THE COURT:  Okay.

MR. TALLBERG:  And I have a copy of -- a hard copy of Ms. Desai's transcript.  I don't have the ability to just pull it up.  May I give her a copy in case she needs it?

THE COURT:  Sure.

MR. TALLBERG:  (Handing) .

Here you are, ma'am.

THE WITNESS:  When was this from?

MR. TALLBERG:  We may not get to it.  That's a copy of the 2023 deposition transcript of Ms. Desai.  We may not get there.

THE WITNESS:  Okay.

CROSS-EXAMINATION

BY MR. TALLBERG:

Q.   Ms. Desai, good afternoon.  My name is Jim Tallberg, and I represent your ex-husband.  Just a few questions.

I think your testimony was that you and Mr. Raucci were divorced in -- at your deposition, you remembered the exact date as July 5, 1995.  Does that sound right?

A.   I said that date, but I don't think that's the day we were divorced.  I don't recall.

Q.   But in that ballpark?

A.   Yeah.

Q.   In that era; right?  So that would have been at

least 30 years ago; correct?

A.   Yes.

Q.   And at some point, you -- without Mr. Raucci even asking you, you blocked him on Facebook so he couldn't send you any messages; is that fair to say?

A.   Yes.

Q.   And that was many years ago; right?

A.   Yes.

Q.   And, so, prior to this litigation, is it true you didn't have any contact, in-person or by any other means, with your ex-husband for at least 20 years?

A.   Yes, correct.

Q.   Okay.  And your preference would be to never interact with him again; would that be fair to say?

A.   Yes.

Q.   And, yet, here you are.

You don't know Mr. Morant personally; correct?

A.   No.

Q.   And you don't know any facts of the actual Turner-Fields homicide investigation; correct?

A.   No.

Q.   Okay.  And you testified that you never personally saw your ex-husband engaged in drug-dealing activity; correct?

A.   Correct.

111

C E R T I F I C A T E

RE: *MORANT v. CITY OF NEW HAVEN, ET AL.*
Civil No. 3:22-cv-00630-SVN


Jury Trial Day 5 - Afternoon Session
May 5, 2026


I, Tracy L. Gow, RPR, Official Court Reporter for the United States District Court, District of Connecticut, do hereby certify that the foregoing pages, 1 through 111, are a true and accurate transcription of my shorthand notes taken in the aforementioned matter, to the best of my skill and ability.


/s/   TRACY L. GOW
Official Court Reporter
U.S. District Court
915 Lafayette Boulevard, Room 216
Bridgeport, Connecticut 06604
(203) 910-0323