**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEFON MORANT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW HAVEN, et al.,<br><br>Defendants. | Civil Action No. 3:22-cv-00630 (SVN) |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

For the reasons explained in the attached Memorandum, Plaintiff Stefon Morant respectfully moves the Court for attorney's fees and costs at the amounts requested herein.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Anna Benvenutti Hoffmann*

Nick Brustin, phv08609
Anna Benvenutti Hoffmann, phv208203
Emma Freudenberger, phv08602
Amelia Green, phv208992
Elsa Mota, phv208184
Grace Paras, phv208762
Katie Cion, phv20899
Neufeld Scheck Brustin
Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Tel: (212) 965-9081
Fax: (212) 965-9084
nick@nsbhf.com
anna@nsbhf.com
emma@nsbhf.com
amelia@nsbhf.com
elsa@nsbhf.com

grace@nsbhf.com
kcion@nsbhf.com

Kenneth Rosenthal, ct05944
Law Office of Kenneth Rosenthal
One Audubon Street, 3d Fl.
New Haven, CT 06511
(203) 915-4235
krosenthal@gs-lawfirm.com

*Attorneys for Plaintiff Stefon Morant*